UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ROBERTS #878021,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF CORRECTIONS (MDOC), *et al.*,

    Defendants.

NO. 1:23-cv-927

HON. JANE M. BECKERING

MAG. JUDGE SALLY J. BERENS

_____

| | |
|---|---|
| Donald Roberts #878021<br>*In Pro Per*<br>Alger Correctional Facility<br>N6141 Industrial Park Drive<br>Munising, MI  49862<br><br>Daniel P. Webber (P56740)<br>Mark J. Zausmer (P31721)<br>Attorneys for Def. Kelly<br>Zausmer August & Caldwell<br>32255 Northwestern Hwy., Ste. 225<br>Farmington Hills, MI  48334<br>dwebber@zausmer.com<br>mzausmer@zausmer.com | John L. Thurber (P44989)<br>Assistant Attorney General<br>Attorney for MDOC Defs. Quezada,<br>  Rubley & Serritos<br>Mich. Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>thurberj@michigan.gov |

_____/

**MDOC DEFENDANTS' MOTION IN LIMINE TO
PRECLUDE TESTIMONY BY THE PLAINTIFF**

    MDOC Defendants, Jeremy Quezada, Ray Rubley, and Derek Serritos, through the undersigned counsel, bring this motion in limine to preclude testimony by the Plaintiff, Donald Roberts, based on the grounds set forth in the accompanying brief.

                                                                         Respectfully submitted,

                                                                         */s/ John L. Thurber*
                                                                         John L. Thurber (P44989)

                                                          Assistant Attorney General
                                                          Mich. Dept. of Attorney General
                                                          Attorney for MDOC Defs. Quezada,
                                                              Rubley & Serritos
                                                          Corrections Division
                                                          P.O. Box 30217
                                                          Lansing, MI 48909
                                                          (517) 335-3055
                                                          thurberj@michigan.gov

Dated:  March 21, 2024

## CERTIFICATE OF SERVICE

     I hereby certify that on March 21, 2024, I electronically filed the above documents with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record and placed in the U.S. Postal Service a copy of the above document to non-ECF participant:

Donald Roberts #878021
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI  49862                           */s/ John L. Thurber*
                                                          John L. Thurber (P44989)
                                                          Assistant Attorney General
                                                          Attorney for MDOC Defs. Quezada,
                                                              Rubley & Serritos