UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ROBERTS #878021,

       Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS (MDOC), *et al.*,

       Defendants.

NO. 1:23-cv-927

HON. JANE M. BECKERING

MAG. JUDGE SALLY J. BERENS

_____

| | |
|---|---|
| Donald Roberts #878021 | John L. Thurber (P44989) |
| *In Pro Per* | Assistant Attorney General |
| Alger Correctional Facility | Attorney for MDOC Defs. Quezada, |
| N6141 Industrial Park Drive |   Rubley & Serritos |
| Munising, MI  49862 | Mich. Dept. of Attorney General |
| | Corrections Division |
| Daniel P. Webber (P56740) | P.O. Box 30217 |
| Mark J. Zausmer (P31721) | Lansing, MI  48909 |
| Attorneys for Def. Kelly | (517) 335-3055 |
| Zausmer August & Caldwell | thurberj@michigan.gov |
| 32255 Northwestern Hwy., Ste. 225 | |
| Farmington Hills, MI  48334 | |
| dwebber@zausmer.com | |
| mzausmer@zausmer.com | |

_____/

**MDOC DEFENDANT RUBLEY'S MOTION IN LIMINE TO PRECLUDE
EVIDENCE OF PENDING CRIMINAL CHARGES**

     MDOC Defendant Ray Rubley, through the undersigned counsel, brings this

motion in limine to preclude introduction of evidence of pending criminal charges

against him based on the grounds set forth in the accompanying brief.

                       Respectfully submitted,

                       */s/ John L. Thurber*
                       John L. Thurber (P44989)
                       Assistant Attorney General
                       Mich. Dept. of Attorney General

Attorney for MDOC Defs. Quezada,
   Rubley & Serritos
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
thurberj@michigan.gov

Dated:  March 21, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record and placed in the U.S. Postal Service a copy of the above document to non-ECF participant:

Donald Roberts #878021
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI  49862                    */s/ John L. Thurber*
                                        John L. Thurber (P44989)
                                        Assistant Attorney General
                                        Attorney for MDOC Defs. Quezada,
                                           Rubley & Serritos