UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

Donald Roberts #878021
Plaintiff

NO: 1:23-cv-00927
HON. JANE M. BECKERING

-v-

MICHIGAN DEPARTMENT OF
CORRECTIONS (M.D.O.C), et al.,

---

Can i please get Four more subpoena's I also wanna know if it's oka to ask the court to have the U.S. Marshals service to get the subpoena's to each witness and i just have some one send the subpoena's back completed wit the witness fee's also?

/s/ Donald Roberts #878021
Donald Odeall Roberts #878021
Alger Correctional Facility
N6141 Industrial Park Dr
Munising, MI 49862

Dated May-7-2025

Donald Odeall Roberts #879021
Alger Correctional Facility
N6141 Industrial Park Dr
Munising, MI 49862

Clerk of The Courts
601 Federal Bldg
110 Michigan ST, NW
Grand Rapids, MI 49503



US POSTAGE PITNEY BOWES
ZIP 49862  $ 000.69
02 4W
0000386196 MAY 08 2025



RECEIVED (GR)
U.S. District Court Clerk
MAY 1 2 2025
Western Michigan

49503$2300 C040