UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ODEALL ROBERTS,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:23-cv-927

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the jury verdict rendered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants Ray Rubley and Jeremy Quezada and against Plaintiff.

This is a final judgment, all pending claims in this case having been resolved.


Dated: June 10, 2025

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge